UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re: BEXTRA/CELEBREX : MDL NO. 1699
PRODUCTS LIABILITY LITIGATION

This Document Relates to : : Judge Breyer
James I. Fontenot, et al. v. Pfizer, Inc.
(CV06-0543 (LAW) C-06-3662CRB

### ORDER

It is hereby ordered that the Motion for Voluntary Dismissal, submitted by plaintiffs James I. Fontenot, Willis Frank, John Guillory, Joseph McCauley, and Susan Kellingsworth, only, be granted, without prejudice, individually, from the case captioned James I. Fontenot, et al. v. Pfizer, Inc.

**GRANTED /** ~~DENIED~~



_____
JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer