Wanda J. Edwards
Fayard & Honeycutt, APC
519 Florida Avenue, SW
Denham Springs, LA 70726
(225) 664-4193 Phone
(225) 664-6925 Fax
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| James I. Fontenot, David Johnson, Doris Knighten, Willis Frank, John Guillory, Joseph McCauley, Susan Kellingsworth, and George Richard, Sr. on behalf of his deceased wife Versa Richard vs. Pfizer, Inc.<br><br>This Document Relates To:<br><br>Doris Knighten v. Pfizer Inc.<br>06-CV-03662 | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: December 30, 2009    By: _____

Fayard & Honeycutt, APC
519 Florida Avenue, SW
Denham Springs, LA 70726

-1-

```
                              (225) 664-4193 Phone
                              (225) 664-6925 Fax

                              Attorneys for Plaintiffs


DATED: Jan. 26, 2010    By: /s/ [signature]


                              **DLA PIPER LLP (US)**
                              1251 Avenue of the Americas
                              New York, New York 10020
                              Telephone: 212-335-4500
                              Facsimile: 212-335-4501

                              Defendants' Liaison Counsel
```

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 2 2 2010

Hon. Charles R. Breyer
United States District Court

-2-

FZR/1035934/1132569v.1
EAST\42626994.1